No. 73–1194. TOYAH INDEPENDENT SCHOOL DISTRICT ET AL. *v.* PECOS-BARSTOW CONSOLIDATED INDEPENDENT SCHOOL DISTRICT ET AL. Ct. Civ. App. Tex., 8th Sup. Jud. Dist. Certiorari denied.

No. 73–1195. SCHNEIDEMAN, DBA ADEPTCO *v.* RAILWAY EXPRESS AGENCY, INC., ET AL. C. A. 9th Cir. Certiorari denied.

No. 73–1198. CAIN ET AL. *v.* MARYLAND. Ct. App. Md. Certiorari denied.

No. 73–1202. WILSON ET AL. *v.* MIDWEST FOLDING PRODUCTS MANUFACTURING CORP. ET AL. C. A. 7th Cir. Certiorari denied.

No. 73–1203. HAWAIIAN AIRLINES, INC. *v.* KING, U. S. DISTRICT JUDGE. C. A. 9th Cir. Certiorari denied.

No. 73–5727. SANCHEZ *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 73–5746. WILLIAMS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 73–5858. MIRANDA-LOZANO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 73–5862. BOWLES *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 73–5875. JUAREZ *v.* ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 73–5885. CLEMENTS *v.* UNITED STATES. C. A. 5th Cir Certiorari denied.